No. 8,284. STATE ex Rel. WONG SUN, Relator, *v.* DISTRICT COURT et al., Respondents.

Decided December 17, 1941.

PER CURIAM.—Application for writ of supervisory control, directed to the District Court of Lewis and Clark County, and George W. Padbury, Jr., a Judge thereof, seeking to compel the allowance of a motion in arrest of judgment on conviction of relator of the misdemeanor of practicing medicine without a license, having been presented to the court and duly considered, it is ordered that, it appearing that relator has an adequate remedy by appeal, the petition be denied.

*Mr. O. F. Goddard, Mr. Wellington D. Rankin* and *Mr. Arthur P. Acher,* for Relator.